FILED

03/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0584

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 21-0584

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MICHAEL JACOB DUNNE,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 1, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 17 2022